UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SCOTT KLIPPENSTEIN,<br><br>Petitioner,<br><br>v.<br><br>SCOTT FRAUNHEIM,<br><br>Respondent. | No.  2:21-cv-00086 KJM GGH P<br><br><br>ERRATA TO FINDINGS AND <u>RECOMMENDATIONS (ECF NO. 23)</u> |

The first sentence on page 11, lines 7, 8 and 9, of the Findings and Recommendations (ECF No. 23) shall be deleted and replaced by the following:

Similarly, the fact that a list existed purporting to show past (probably high school) lovers of the accuser said little or nothing about the use of force by petitioner, the sole contested issue in petitioner's case.

This errata does not change any dates concerning a reply to petitioner's objections to the Findings and Recommendations.

IT IS SO ORDERED.

Dated: April 13, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1